

# INVOICE

415 Main Ave E
Unit #691
West Fargo, ND 58078
701.799.8787

10/6/2023

**TO**  Jospeh & Cecilia Pfau
5701 Elm St N
Moorhead, MN   56560

**JOB**  Sanitary Sewer Repairs
Site 1 – ROW
Site 2 – Private Lateral

| CATEGORY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| INSPECTION | Inspection of sanitary sewer from cleanout in bedroom.<br><br>Inspection has revealed that the connection to the sewer main in the ditch has been crushed.  Backfill material and PVC shrapnel is causing minor "papering" blockages in the sewer lateral serving the home.<br><br>Inspection has also revealed that the lateral is back-graded for approximately 25 FEET.  The lateral was tested to have a negative grade of over ¼ -inch.  The negative grade is causing the sewer to back up into the home.  After disconnecting the defective sewer, it was revealed that the trench was also over-dug when the sewer was laid.  This caused the need for the saturated sand to be removed and then replaced with sufficient dry material and pipe support.<br><br>Recommend excavation of sanitary sewer main in ditch to expose connection to main --- install new connection.<br><br>Recommend continued excavation towards and including existing cleanout in yard to eliminate back-graded pipe. | INCLUDED | INCLUDED |
| EXCAVATION SITE 1 -- WYE | Excavation of sanitary sewer main in ditch to expose main and mainline connection.<br><br>Excavation, connection replacement, backfill, compaction, site restoration included.<br><br>14 FEET DEEP | $1,000.00/VF | $14,000.00 |
| PERMITS | The ROW where the sewer main traverses has multiple agencies that oversee it.  While our initial proposal covered work within the City of Moorhead, it did not cover work in Clay County.  Clay county has a utility easement that requires additional permitting that comes with erosion control, native vegetation restoration, and storm water management.<br><br>Utility permit, BMP (straw wattles), native species restoration, storm water management included.<br><br>MINIMUM CHARGE -- $2,500.00 | $2,500.00/EA | $2,500.00 |

| | | | |
|---|---|---|---|
| TRAFFIC CONTROL | Excessive traffic control is due to erratic motorists not obeying posted traffic ordinances.<br><br>Traffic control engineering, devices, and monitoring included.<br><br>3 DAYS | $2,200.00/DAY | $6,600.00 |
| DEWATTERING | The sewer main lays below the water table in this area.  This was not known until excavation was performed.  The trench had to be consecutively dewatered for 2 days.  This also removed a large amount of backfill material as the soil mixed with water and turned into a slurry that required hydro excavation (vacuum) to remove.<br><br>Pumps, hydro excavation rig, hauling charges included.<br><br>16 HOURS | $400.00/HR | $6,400.00 |
| MATERIAL | Backfill material to replace what was vacuumed out during dewatering process.<br><br>Material and hauling charges included.<br><br>5 TONS | $1,200.00/TN | $6,000.00 |
| EXCAVATION SITE 2 -- LATERAL | Excavation of sanitary sewer lateral from ditch to cleanout in yard to expose back-graded sewer lateral.<br><br>Excavation, pipe removal, pipe replacement, backfill, compaction, site restoration included.<br><br>25 FEET | $300.00/FT | $7,500.00 |
| TRAFFIC CONTROL | Excessive traffic control is due to erratic motorists not obeying posted traffic ordinances.<br><br>Traffic control engineering, devices, and monitoring included.<br><br>3 DAYS | $2,200.00/DAY | $6,600.00 |
| DEWATTERING | Dewattering of sewer trench to remove saturated soil prior to backfill and pipe replacement.<br><br>Hydro excavation rig, hauling charges included.<br><br>16 HOURS | $400.00/HR | $6,400.00 |
| MATERIAL | Backfill material to replace what was vacuumed out during dewatering process.<br><br>Material and hauling charges included.<br><br>5 TONS | $1,200.00/TN | $6,000.00 |
| | | **SUBTOTAL** | $62,000.00 |
| | | | |
| | | **BALANCE TO SPECIALS** | $62,000.00 |

**THANK YOU FOR YOUR BUSINESS!**