IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DRAIN SERVICES INC., | ) | |
| | ) | Adversary Case No. 24-07001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH PFAU, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2024, I caused a copy of (i) the Complaint (DE #1); and (ii) the Summons in an Adversary Proceeding (DE #2), herein, to be served, via First Class Mail, postage prepaid, upon:

CECILIA PFAU
5701 ELM STREET N
MOORHEAD, MN 56560

JOSEPH PFAU
5701 ELM STREET N
MOORHEAD, MN 56560

CECILIA PFAU
534 QUEEN ANNE AVENUE
ODENTON, MD 21113

JOSEPH PFAU
534 QUEEN ANNE AVENUE
ODENTON, MD 21113

CECILIA PFAU
27908 HATTERAS DRIVE
MILLSBORO, DE 19966

JOSEPH PFAU
27908 HATTERAS DRIVE
MILLSBORO, DE 19966

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: February 5, 2024        By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

2