UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Drain Services Inc.,   Bankruptcy Case No. 23-30352
Chapter 11
   Debtor.
_____/

Drain Services Inc.,

   Plaintiff,

  v.   Adversary Case No. 24-07001

Joseph Pfau and Cecilia Pfau,

   Defendants.
_____/

## CLERK'S ENTRY OF DEFAULT

  Defendants Joseph Pfau and Cecilia Pfau failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendants Joseph Pfau and Cecilia Pfau are in default.

  Plaintiff may seek the entry of default judgment against Defendants Joseph Pfau and Cecilia Pfau by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

          Kay A. Melquist
          Clerk, U.S. Bankruptcy Court

Date issued: February 29, 2024.  By: /s/ Caryl Krone
           Caryl Krone, Deputy Clerk