United States Bankruptcy Court

District of North Dakota

Drain Services Inc.,
    Plaintiff

Pfau,
    Defendant

Adv. Proc. No. 24-07001-skh

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 1
Date Rcvd: Feb 29, 2024      Form ID: pdf2some      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Cecilia Pfau, 534 Queen Anne Ave., Odenton, MD 21113-1824 |
| dft | + | Joseph Pfau, 534 Queen Anne Ave, Odenton, MD 21113-1824 |
| 1093491 | + | Cecilia Pfau, 5701 Elm Street N, Moorhead MN 56560-3094 |
| 1093492 | + | Cecilia Pfau, 27908 Hatteras Drive, Millsboro DE 19966-3789 |
| 1093493 | + | Joseph Pfau, 5701 Elm Street N, Moorhead MN 56560-3094 |
| 1093494 | + | Joseph Pfau, 27908 Hatteras Drive, Millsboro DE 19966-3789 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

**Name**      **Email Address**

Maurice VerStandig
     on behalf of Plaintiff Drain Services Inc. mac@mbvesq.com
     mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Drain Services Inc.,                                Bankruptcy Case No. 23-30352
                                                    Chapter 11
    Debtor.
_____/

Drain Services Inc.,

    Plaintiff,

    v.                                         Adversary Case No. 24-07001

Joseph Pfau and Cecilia Pfau,

    Defendants.
_____/

**CLERK'S ENTRY OF DEFAULT**

    Defendants Joseph Pfau and Cecilia Pfau failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendants Joseph Pfau and Cecilia Pfau are in default.

    Plaintiff may seek the entry of default judgment against Defendants Joseph Pfau and Cecilia Pfau by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

                                        Kay A. Melquist
                                        Clerk, U.S. Bankruptcy Court

Date issued: February 29, 2024.        By:    /s/ Caryl Krone
                                              Caryl Krone, Deputy Clerk