IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DRAIN SERVICES, INC. | ) | |
| | ) | Adversary No. 24-07001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH PFAU, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March, 2024, I caused a copy of the (i) Order (DE #154 in the main case); and (ii) Order Granting Motion to Withdraw and Ordering Debtor to Retain New Counsel (DE #12 in the adversary) to be served upon Drain Services, Inc., via e-mail to kevin@drainservicesinc.com and via US Mail, postage prepaid, to:

Drain Services, Inc.
c/o Kevin Cameron
415 Main Ave E
Ste 691
West Fargo, ND 58078

                                   Respectfully submitted,

Dated: March 26, 2024        By:    /s/ Maurice B. VerStandig
                                                     Maurice B. VerStandig, Esq.
                                                     The Dakota Bankruptcy Firm
                                                     1630 1st Avenue N
                                                     Suite B PMB 24
                                                     Fargo, North Dakota 58102-4246
                                                     Phone: (701) 394-3215
                                                     mac@dakotabankruptcy.com

1